# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: June 24, 2022

COURTROOM DEPUTY: Génesis Y. Rivera-Soto　　　　　**Criminal 22-082 (RAM)**

COURT REPORTER: Cindy Brown

======================================================================

|  |  |
|---|---|
| USA | Attorneys:<br>Cristina Caraballo-Colon |
| vs. |  |
| 1. Marcos Pagan-Rodriguez<br>　aka: Papin | Maritza Torres-Roman |
| 2. Miguel Santana-Aviles<br>　aka: Machito, Macho | Jason Gonzalez-Delgado |
| 3. John Morales-Rodriguez<br>　aka: Gordo | Ramon M Gonzalez-Santiago |
| 4. Michael Nieves-Lacend<br>　aka: Pinto | Johnny Rivera-Gonzalez<br>(Substituted by Thomas R. Lincoln-San-Juan) |
| 5. Christian Sifonte-Ramos<br>　aka: Peluche | Richard O. Dansoh |
| 6. Joseph Israel-Ramos<br>　aka: Mena | Luis E. Tomassini-Segarra |
| 7. Alex Jomar Negron-Garcia | Humberto Guzman-Rodriguez |
| 8. Said David Adorno-Martinez<br>　aka: Saiid | Jose B. Velez-Goveo |
| 9. Raymond Santana-Aviles | Diego H. Alcala-Laboy |
| 10. William Rodriguez-Reyes<br>　aka: Willy | Giovanni Jose Canino-Sanchez |
| 11. Juan Lozada-Gonzalez<br>　aka: Picu | Jose G. Perez-Ortiz |
| 12. Luis Alfonso-Cabrera<br>　aka: Javi, Luis Alfonso Cabrera-Hernandez | Saul Roman-Santiago |
| 13. Jose Rosado-Vega<br>　aka: Manos Mongas | Thomas R. Lincoln-San-Juan |

| | |
|---|---|
| 14. Jose Negron-Rodriguez<br>    aka: Pepo | Wilfredo Rios-Mendez |
| 15. David Rodriguez-Reyes | Rachel Brill<br>(Substituted by Thomas R. Lincoln-San-Juan) |
| 16. Steven Pacheco-Melecio | Kendys Pimentel-Soto<br>(Substituted by Ian Carlos Garcia-Ferreras) |
| 17. Josue Rosado-Rivera<br>    aka: Cano, Patineta | Francisco J. Adams-Quesada |
| 18. Ismael Figueroa-Maldonado<br>    aka: Capo | Miguel A. Rodriguez-Robles |
| 19. Gabriel Aguayo-Santana<br>    aka: Gaby | Juan F. Matos-De-Juan |
| 20. Mizrain Lopez-Feliciano<br>    aka: Flaco, Mizra | Ian Carlos Garcia-Ferreras |

===============================================================================

**CASE CALLED FOR STATUS CONFERENCE VIA VTC.**

The Government informed that a second discovery consisting of voluminous media material was provided on May 27, 2022 and there is no further pending discovery. As to the individual discovery proffers, the Government stated that only eight are pending and will be coordinated with defense counsel to be held within the next few days. Furthermore, the Government informed that an agreement had been reached with one of the defendants; the plea agreement will be tendered for his consideration.

Defense counsel requested additional time to complete reviewing discovery with the defendants and meet with the Government to engage in plea negotiations.

**Further Status Conference set for August 24, 2022 at 10:15 AM via VTC.**

The Speedy Trial Act tolled in the interest of justice in view of the parties' need for additional time to review discovery and pursue plea negotiations.

*S/ Génesis Y. Rivera-Soto*
Courtroom Deputy Clerk
