# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: August 24, 2022

COURTROOM DEPUTY: Natassia Ochoa        **Criminal 22-082 (RAM)**

COURT REPORTER: Robin Dispenzieri

========================================================================

|  | Attorneys: |
|---|---|
| USA | Pedro Casablanca-Sagardia |
| vs. | |
| 1. Marcos Pagan-Rodriguez | Maritza Torres-Roman (substituted by Ian Garcia) |
| 2. Miguel Santana-Aviles | Jason Gonzalez-Delgado |
| 3. John Morales-Rodriguez | Ramon M. Gonzalez-Santiago (substituted by Johnny Rivera) |
| 4. Michael Nieves-Lacend | Johnny Rivera-Gonzalez |
| 5. Christian Sifonte-Ramos | Richard O. Dansoh |
| 6. Joseph Israel-Ramos | Luis E. Tomassini-Segarra |
| 7. Alex Jomar Negron-Garcia | Humberto Guzman-Rodriguez **(NOT PRESENT)** |
| 8. Said David Adorno-Martinez | Jose B. Velez-Goveo |
| 9. Raymond Santana-Aviles | Diego G. Alcala-Laboy (substituted by Juan Matos) |
| 10. William Rodriguez-Reyes | Giovanni Canino-Sanchez |
| 11. Juan Lozada-Gonzalez | Jose G. Perez-Ortiz |
| 12. Luis Alfonso-Cabrera | Saul Roman-Santiago |
| 13. Jose Rosado-Vega | Thomas R. Lincoln |
| 14. Jose Negron-Rodriguez | Wilfredo Rios-Mendez |
| 15. David Rodriguez-Reyes | Rachel Brill |
| 16. Steven Pacheco-Melecio | Kendys Pimentel-Soto |

| | |
|---|---|
| 17. Josue Rosado-Rivera | Francisco J. Adams-Quesada |
| | (substituted by Ian Garcia) |
| 18. Ismael Figueroa-Maldonado | Miguel A. Rodriguez-Robles |
| | (substituted by Juan Matos) |
| 19. Gabriel Aguayo-Santana | Juan F. Matos-De Juan |
| 20. Mizrain Lopez-Feliciano | Ian Carlos Garcia-Ferreras |

==========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that discovery has been provided and have received proffer from most of defendants.

The defendants requested additional time to review all discovery and continue plea negotiations.

**By August 29, 2022, attorney Humberto Guzman shall show cause why sanctions should not be imposed for failure to appear at the status conference.**

**Further Status Conference set for October 24, 2022 at 11:00 AM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to pursue plea negotiations.

*S/ Natassia Ochoa*
Courtroom Deputy Clerk