# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: October 24, 2022

COURTROOM DEPUTY: Natassia Ochoa　　　　　　　**Criminal 22-082 (RAM)**

COURT REPORTER: DCR Courtroom 7

==================================================================

|  |  | Attorneys: |
|---|---|---|
|  | USA | Pedro Casablanca-Sagardia |
|  | vs. |  |
| 1. | Marcos Pagan-Rodriguez | Maritza Torres-Roman |
|  |  | (arrived at 11:10am) |
| 2. | Miguel Santana-Aviles | Jason Gonzalez-Delgado |
| 3. | John Morales-Rodriguez | Ramon M. Gonzalez-Santiago |
|  |  | *(NOT PRESENT)* |
| 4. | Michael Nieves-Lacend | Johnny Rivera-Gonzalez |
| 5. | Christian Sifonte-Ramos | Richard O. Dansoh |
| 6. | Joseph Israel-Ramos | Luis E. Tomassini-Segarra |
| 7. | Alex Jomar Negron-Garcia | Humberto Guzman-Rodriguez |
|  |  | (arrived at 11:10am) |
| 8. | Said David Adorno-Martinez | Jose B. Velez-Goveo |
| 9. | Raymond Santana-Aviles | Diego G. Alcala-Laboy |
| 10. | William Rodriguez-Reyes | Giovanni Canino-Sanchez |
|  |  | (substituted by Jason Gonzalez) |
| 11. | Juan Lozada-Gonzalez | Jose G. Perez-Ortiz |
| 12. | Luis Alfonso-Cabrera | Saul Roman-Santiago |
| 13. | Jose Rosado-Vega | Thomas R. Lincoln |
| 14. | Jose Negron-Rodriguez | Wilfredo Rios-Mendez |
| 15. | David Rodriguez-Reyes | Rachel Brill |
| 16. | Steven Pacheco-Melecio | Kendys Pimentel-Soto |
|  |  | (arrived at 11:17am) |

| | |
|---|---|
| 17. Josue Rosado-Rivera | Francisco J. Adams-Quesada |
| 18. Ismael Figueroa-Maldonado | Miguel A. Rodriguez-Robles |
| 19. Gabriel Aguayo-Santana | Juan F. Matos-De Juan |
| 20. Mizrain Lopez-Feliciano | Ian Carlos Garcia-Ferreras |

==========================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that additional discovery will be provided, and a physical evidence inspection will be scheduled for any defense counsel who wishes to attend.

The defendants argued as to the FBI's proceedings and requirements regarding the evidence inspections. The government informed that they would notify defense counsel of the procedures and if any change can be made. Defense counsel shall file, if needed, any request that was not resolved between the parties for the Court's consideration. The defendants requested additional time to review all discovery and continue plea negotiations.

**By October 31, 2022, attorney Ramon Gonzalez shall show cause why sanctions should not be imposed for failure to appear at the status conference.**

**Further Status Conference set for December 8, 2022 at 3:00 PM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to review and complete discovery and pursue plea negotiations.

                                             *S/ Natassia Ochoa*
                                             Courtroom Deputy Clerk