Session: 3:25PM – 3:34PM

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: December 8, 2022

COURTROOM DEPUTY: Natassia Ochoa             **Criminal 22-082 (RAM)**

COURT REPORTER: Robin Dispenzieri

===================================================================

|  | Attorneys: |
|---|---|
| USA | Pedro Casablanca-Sagardia |
| vs. | |
| 1. Marcos Pagan-Rodriguez | Maritza Torres-Roman |
|  | (substituted by Ian Garcia) |
| 2. Miguel Santana-Aviles | Jason Gonzalez-Delgado |
|  | (substituted by Francisco Adams) |
| 3. John Morales-Rodriguez | Ramon M. Gonzalez-Santiago |
| 4. Michael Nieves-Lacend | Johnny Rivera-Gonzalez |
| 5. Christian Sifonte-Ramos | Richard O. Dansoh |
| 6. Joseph Israel-Ramos | Luis E. Tomassini-Segarra |
|  | (substituted by Francisco Adams) |
| 7. Alex Jomar Negron-Garcia | Humberto Guzman-Rodriguez |
|  | (substituted by Johnny Rivera) |
| 8. Said David Adorno-Martinez | Jose B. Velez-Goveo |
| 9. Raymond Santana-Aviles | Diego G. Alcala-Laboy |
| 10. William Rodriguez-Reyes | Giovanni Canino-Sanchez |
|  | (substituted by Francisco Adams) |
| 11. Juan Lozada-Gonzalez | Jose G. Perez-Ortiz |
| 12. Luis Alfonso-Cabrera | Saul Roman-Santiago |
| 13. Jose Rosado-Vega | Thomas R. Lincoln |
|  | (substituted by Rachel Brill) |
| 14. Jose Negron-Rodriguez | Wilfredo Rios-Mendez |

| | | |
|---|---|---|
| 15. | David Rodriguez-Reyes | Rachel Brill |
| 16. | Steven Pacheco-Melecio | Kendys Pimentel-Soto |
| 17. | Josue Rosado-Rivera | Francisco J. Adams-Quesada |
| 18. | Ismael Figueroa-Maldonado | Miguel A. Rodriguez-Robles (substituted by Diego Alcala) |
| 19. | Gabriel Aguayo-Santana | Juan F. Matos-De Juan (substituted by Ian Garcia) |
| 20. | Mizrain Lopez-Feliciano | Ian Carlos Garcia-Ferreras |

=============================================================================

**CASE CALLED FOR STATUS CONFERENCE.**

The government informed that all discovery has been provided and a physical evidence inspection was conducted. Plea offers have been tendered and some counter offers have been received and accepted.

The defendants do not object to additional time to continue plea negotiations.

**Further Status Conference set for February 6, 2023 at 2:00 PM.**

The Speedy Trial Act tolled in the interest of justice and because of the need for additional time to pursue plea negotiations.

*S/ Natassia Ochoa*
Courtroom Deputy Clerk