IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br>              v.<br><br>Raymond Santana Aviles (9)<br>   Defendant. | Criminal no. 22-082 (RAM) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the undersigned, and respectfully states and prays as follows:

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Santana Aviles and respectfully states and prays as follows:

1. Upon request, the undersigned counsel was withdrawn from the representation of Mr. Santana Aviles. (*See* Docket Entry #201)

2. The Court then appointed Mr. Fernando Zambrana, Esq. (*See* Docket Entry #201)

3. The undersigned has since forwarded the available discovery to Mr. Zambrana, Esq., and briefed him on all matters.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of May, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910

USDC-PR No. 300504
dalcala@defensorialegal.com